# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARRISON ADAM PARFAIT

NO. 2020 KW 1255

**MARCH 2, 2021**

---

In Re: Harrison Adam Parfait, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 690044.

---

**BEFORE: GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT APPLICATION DISMISSED** at relator's request.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT